UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CHAPTER 13 PLAN

In re                                                                                    Case No. 8:10-bk-02882
                                                                                          Chapter 13

Debtor
**Jones, Morgana /**

### TERM OF THE PLAN:  Sixty(60) Months

1. PLAN PAYMENTS: Debtor to pay monthly: $6413.15

    a. As of the date of this plan, the debtor has paid the trustee $0000.00

    b. After the date of this plan, the debtor will pay the trustee $6413.00 per month for 60 months, beginning within 30 days after the filing of this plan for a total of  $384,789.00

2. PAYMENTS BY TRUSTEE: The trustee will make payments only to creditors for which proofs of claims have been filed, make payments monthly as available, and collect the trustee's percentage fee of 10% of  $349,808.00  or such lesser amount as may be fixed. Unless ordered otherwise, the trustee will not make payments until the plan is confirmed.

3. SECURED CLAIMS

    a. CLAIMS TO BE PAID THROUGH THE PLAN (INCLUDING ARREARS)

| CREDITOR | DESCRIPTION OF CLAIM | AMOUNT OF CLAIM |
|---|---|---|
| Bank of New York. | Home Mortgage | $125,000.00 |
| Bank of New York | Home Mortgage (arrears) | $50,000.00 |
| Wells Fargo | Home Mortgage | $115,000.00 |
| Wells Fargo | Home Mortgage(arrears) | $46,008.00 |
| Pasco County Tax Collector | Unpaid Property Taxes | $11,000.00 |

Other Secured Claims to be surrendered to creditors.

Total of secured claims to be paid through the plan                                $347,008.00

4.     ADMINISTRATIVE CLAIMS

    a. Attorney's fees (to be paid through the plan): $2800

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

5.       UNSECURED CLAIMS

  a.  From the balance remaining after the above payments, unsecured creditors whose claims are duly filed shall receive 10% of their claims.

6.       Except as provided in this plan or in the order confirming this plan, upon confirmation of this plan, all property of the estate shall vest in the debtors free and clear of any claim or interest of any creditor provided for by this plan pursuant to 11 U.S.C. Section 1327.

Dated: 2/04/2010                                      /s/ Morgana Jones

CERTIFICATE OF SERVICE

I certify that a copy of the above "Chapter 13 Plan" was by me on this 2nd day of March of 2010 electronically filed with the United States Bankruptcy Court, Middle District of Florida.

/s/ Belinda Noah

Dr. Belinda Noah, Esq. Debtors' Counsel

Florida Bar # 360023

P.O. Box 46535

Tampa, Fl 33646

813-388-6755

-