UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Morgana Jones,                                            8:bk10-bk-02882-KRM
                                                          Chapter 13

_____Debtor*___/


CONDITIONAL ORDER OF DISMISSAL

THIS CASE came on for consideration upon the Court's own motion for the purpose of entering an appropriate order. The record reflects that this Court entered an Order on Application to Pay Filing Fees on February 19, 2010. The Debtor has failed to comply with the Order by failing to pay the installment payments that became due. The Debtor will be directed to pay the balance due in the amount of $274.00 within ten (10) days from the date of the entry of this Order, and in the event the Debtor fails to do so, this case will stand as dismissed without further order of the Court. Accordingly, it is

ORDERED that the Debtor pay the amount of $274.00 due under the terms of the Order entered on February 19, 2010 within ten (10) days from the date of the entry of this Order, and in the event the Debtor fails to comply, this case will stand as dismissed without further order of the Court.

DONE AND ORDERED in Chambers on _____March 24, 2010_____.

_____
K. Rodney May
United States Bankruptcy Judge

*All references to "debtor" shall include and refer to both debtors in a case filed jointly by two individuals.