**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                                                    CHAPTER 13

MORGANA JONES                                      CASE NUMBER 8:10-bk-02882-KRM
_____/

**CHAPTER 13 TRUSTEE'S UNFAVORABLE**
**RECOMMENDATION FOR CONFIRMATION**

TO:  Clerk, United States Bankruptcy Court

Trustee's Recommendation to the Court.  The Trustee cannot recommend confirmation of the Chapter 13 Plan at this time for the following reason(s):

The Trustee cannot favorably recommend confirmation of this Plan as the Plan violates 11 U.S.C. §1325(a)(4) and/or the best interest of creditors' test in that it does not pay unsecured creditors the value of what they receive in a case under Chapter 7.  The Debtor's potential lawsuit is not committed to the Plan.

The Debtor's Plan is unclear as to the treatment of all secured creditors.  In addition, the Debtor's intentions have changed in regards to their non-homestead real estate.  An amended Plan clarifying the treatment of all secured creditors and surrendering the non-homestead real estate should be filed.  Further, the Debtor's attorney has not filed a 2016b Statement of Attorney Compensation.  A form 2016b should be filed.

It does not appear that the Debtor has sufficient disposable income to fund the proposed Plan as required by 11 U.S.C. §1325(a)(6).

Tax returns have not been filed for the following years 2008 and 2009.

Dated this 13th day of April, 2010.

/S/ Terry E. Smith
Terry E. Smith
Chapter 13 Standing Trustee
Post Office Box 6099
Sun City Center, FL 33571-6099
Phone: (813) 658-1165
Fax:    (813) 658-1166

Copies:
Morgana Jones, 2837 Butterfly Landing Drive, Land O Lakes FL 34638
Belinda Noah, PO Box 46535, Tampa FL 33647
WCH/do