**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MORGANA JONES

Chapter 13
Case No.8:10-BK-02882-KRM

_____/

**TRUSTEE'S MOTION TO DISMISS FOR**
**FAILURE TO MAKE PAYMENTS TO THE TRUSTEE**

TERRY E. SMITH, the Chapter 13 Standing Trustee, hereby moves to dismiss the above-styled Chapter 13 case, and in support thereof would state as follows:

1. As of April 21, 2010, the Debtor(s) are delinquent in payments ordered to be paid to the Chapter 13 Trustee to the extent of $12,826.00 which sum is through and including the April 2010 payment.

2. The Debtor's failure to make timely payments to the Chapter 13 Trustee is contrary to the terms of the Order Establishing Duties of Trustee and Debtor et seq., entered in this case and as such constitutes grounds for dismissal pursuant to 11 U.S.C. §1307(c) (1) as a willful failure of the Debtor(s) to abide by Orders of the Court and as an unreasonable delay that is prejudicial to creditors.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order of Dismissal for failure to make plan payments for the above-styled Chapter 13 case, together with such other and further relief as the Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Motion to Dismiss for Failure to Make Payments to the Trustee was furnished, by U.S. Mail, to **MORGANA JONES**, 2837 Butterfly Landing Drive, Land O'Lakes, Florida 34638 and **LAW OFFICES OF BELINDA NOAH**, PO Box 46535, Tampa, Florida 34638 on April 21, 2010.

/s/ Terry E. Smith
TERRY E. SMITH, TRUSTEE
P.O. Box 6099
Sun City Center, FL  33571
Phone (813) 658-1165
Fax (813) 658-1166

TES/nc