**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

|  |  |
|---|---|
| MORGANA JONES | Chapter 13<br>Case No.8:10-BK-02882-KRM |
| _____/ |  |

**ORDER ON TRUSTEE'S MOTION**
**TO DISMISS FOR FAILURE TO MAKE PAYMENTS**
**TO THE TRUSTEE AND GRANTING PERIOD TO CURE DEFAULT**

This matter came on for consideration for the purpose of the entry of an appropriate Order in the above Styled Chapter 13 Case, upon the Trustee's Motion to Dismiss for Failure to Make Payments to the Trustee. The Court having reviewed the motion and based upon the facts set forth therein, it is

ORDERED AND ADJUDGED as follows:

1. The Court will reserve ruling on the Trustee's Motion to Dismiss.

2. Based on the Debtor(s) Chapter 13 Plan filed on February 4, 2010, the Debtor(s) shall make the May 13, 2010 & June 13, 2010 payments of $6,413.00 each, both on time. The Debtor(s) shall cure all delinquencies and bring all payments current under the Plan by paying to the Chapter 13 Trustee the total sum of $32,065.00 on or before July 13, 2010, which amount includes all payments due through the July, 2010, payment. Notwithstanding the foregoing, nothing contained in this order relieves the Debtor(s) of the obligation to be current with all plan payments at the time of the confirmation hearing as a means of demonstrating that the plan is feasible.

3. In the event Debtor(s) fail to make the payments required to be made on time, as provided in paragraph 2 above and/or cure arrearages as herein provided, the Trustee shall, without further notice to the Debtor(s), submit for this Court's consideration an Order dismissing this case, or reconverting to Chapter 7, if applicable, for failure to make plan payments.

4. Assuming the Debtor(s) bring all payments to the Trustee current pursuant

to Paragraph 2 above, the Court will reserve ruling on the Trustee's Motion to Dismiss and the entry of this Order shall constitute final notice to the Debtor(s) that in the event payments to the Trustee hereafter become more than thirty (30) days delinquent, the Trustee shall, without further notice to the Debtor(s), submit an Order dismissing the above-styled Chapter 13 case for failure to make plan payments.

     5.    In the event the Debtor(s) complete all of the required payments under the Plan, the Court will enter an Order denying the Trustee's Motion to Dismiss.

     DONE AND ORDERED at Tampa, Florida on _____ April 21, 2010 ___.

_____
K. RODNEY MAY
UNITED STATES BANKRUPTCY JUDGE

Copies to:
Morgana Jones, 2837 Butterfly Landing Drive, Land O'Lakes, FL 34638
Law Offices of Belinda Noah, PO Box 46535, Tampa, FL 33647
Terry E. Smith, Chapter 13 Trustee
TES/nc

C13T 4/21/10