**IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE MIDDLE DISTRICT OF FLORIDA  
TAMPA DIVISION**

**IN RE:**

**Morgana Jones**

    **Debtor(s).**

        **CASE NO. 10-02882-KRM**  
        **CHAPTER 13**

_____/

## OBJECTION TO CONFIRMATION

    COMES NOW, SUNTRUST MORTGAGE, INC, a secured creditor in the above-styled cause, and files this, its Objection to Confirmation of the Debtor(s)' proposed Chapter 13 Plan. In support thereof, SUNTRUST MORTGAGE, INC alleges the following:

1. The Debtor's plan does not address this loan's arrearage of $108,440.83, or its monthly payment of $3,645.35, pursuant to Claimant's Proof of Claim.

2. As a result of the necessity of preparing and filing this Objection to Confirmation, Claimant has incurred additional attorney fees in the amount of $350.00.

FILE_NUMBER: B10013757                                                                 DOC_ID: M011900

                                                                         

WHEREFORE, SUNTRUST MORTGAGE, INC prays that the Court deny confirmation of the proposed Chapter 13 Plan and grant it such additional relief as the Court deems just and proper.

        Florida Default Law Group, P.L.
        Post Office Box 25018
        Tampa, FL 33622-5018
        (813) 251-4766 Ext: 3723

        By: /s/ Rubina K. Shaldjian
        Rubina K. Shaldjian
        Florida Bar No. 64466
        ATTORNEY FOR SUNTRUST
        MORTGAGE, INC

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Objection to Confirmation has been furnished by regular U. S. Mail to all parties listed below on this 22nd day of April, 2010.

Morgana Jones
2837 Butterfly Landing Dr
Land O Lakes, FL 34638

I HEREBY CERTIFY that a copy of the foregoing Objection to Confirmation has been furnished by Electronic Mail to all parties listed below on this 22nd day of April, 2010.

Belinda Noah
bnoah24@yahoo.com.sg
Post Office Box 46535
Tampa, FL 33646

Terry E. Smith, Trustee
ecf@ch13tampa.com
PO Box 6099
Sun City, FL 33571

                                  Florida Default Law Group, P.L.
                                  P.O. Box 25018
                                  Tampa, Florida  33622-5018
                                  Phone  (813) 251-4766
                                  Fax  (813) 251-1541

                                  By:   /s/   Rubina K. Shaldjian
                                     Rubina K. Shaldjian
                                     FLORIDA BAR NO. 64466
                                     ATTORNEY FOR SUNTRUST MORTGAGE, INC